UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter Of the Arbitration Between:<br><br>AMERICAN ZURICH INSURANCE COMPANY,<br><br>           Petitioner,<br><br>   and<br><br>SUN HOLDINGS, INC.,<br><br>           Respondent. | )<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION TO CONFIRM FINAL ARBITRATION AWARD

Petitioner American Zurich Insurance Company files this Petition to confirm the arbitration award entered against Respondent Sun Holdings, Inc. on February 2, 2023. In support of this Petition, Zurich alleges as follows:

### PARTIES

1. Petitioner American Zurich Insurance Company ("Zurich") is an Illinois corporation engaged in the insurance business with a statutory home office and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

2. Respondent Sun Holdings, Inc. ("Sun Holdings") is a Texas corporation with its principal place of business located at 4515 Lyndon B Johnson Fwy., Farmers Branch, TX 75244.

### JURISDICTION AND VENUE

3. This is a proceeding to confirm a final arbitration award arising under Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. Venue is proper under this Section because the parties' arbitration occurred in this District pursuant to the parties' agreement to arbitrate.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship because Zurich is a citizen of Illinois and Sun Holdings is a citizen of Texas. Further, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## PETITION TO CONFIRM ARBITRATION AWARD

5. Zurich and Sun Holdings entered into a series of written agreements in connection with insurance policies that Zurich issued to Sun Holdings (the "Program Agreements"). Copies of certain of the Program Agreements are attached as Exhibit 1.

6. The Program Agreements contain an agreement to submit to arbitration all disputes "arising out of the interpretation, performance, or alleged breach" of the Program Agreements. (Ex. 1 at 6.)

7. In October 2021, Zurich demanded arbitration of a dispute that arose between the parties. Through the arbitration, Zurich sought to recover amounts that Sun Holdings owes Zurich under the Program Agreements and other agreements.

8. Pursuant to the arbitration agreement, Zurich appointed Constance O'Mara as an arbitrator. Sun Holdings appointed Robert Jenevein as an arbitrator. Charles Ehrlich was then appointed as umpire in accordance with the terms of the arbitration agreement.

9. On February 2, 2023, the arbitrators entered a final award (the "Award") that entitles Zurich to the following amounts: (a) $1,078,674.52 for principal amounts due, (b) $174,929.39 for attorneys' fees, and (c) interest at a rate of nine percent per annum, starting on

the dates each invoice at issue became due and ending on the date final payment is made.[1] A copy of the Award is attached as Exhibit 2.

10. The parties' arbitration agreement provides that a court having jurisdiction may confirm an award made pursuant to the arbitration. (*See* Ex. 1 at 6.)

11. Further, the parties' arbitration is governed by the American Arbitration Association's Commercial Arbitration Rules, as required by the Program Agreements. Rule R-52(c) of the Commercial Arbitration Rules states that "Parties to an arbitration under these rules shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof."

12. As a result of the foregoing, Zurich is entitled to an order confirming the Award pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. *See Yasuda Fire & Marine Ins. Co. of Europe, Ltd. v. Cont'l Cas. Co.*, 37 F.3d 345 (7th Cir. 1994).

**WHEREFORE**, Zurich requests that:

1. An order of this Court be made confirming the arbitrators' February 2, 2023 Award;

2. Judgment be entered in conformity with that order; and

3. Zurich be awarded such other and further relief as the Court deems just and proper.

---

[1] In partial satisfaction of the Award, Zurich has drawn down on the $1,001,945.60 letter of credit previously awarded by the arbitrators and confirmed by this Court. *See American Zurich Insurance Company v. Sun Holdings, Inc.*, Case No. 1:22-cv-02744 at ECF No. 22. To date, however, Sun Holdings has not satisfied the remaining amounts due under the Award.

Dated: February 28, 2023

Respectfully submitted,

AMERICAN ZURICH INSURANCE COMPANY

By: /s/ *Steven T. Whitmer*
    One of Its Attorneys

Steven T. Whitmer
Bella Seeberg
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 443-1869
Fax:    (312) 896-6569
swhitmer@lockelord.com
bella.seeberg@lockelord.com